In the Matter of the Application of ANNA MILLER and Others, Appellants, for a Certiorari Order to Review a Determination of THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK, and HARRIS H. MURDOCK and Others, Constituting the Said Board of Standards and Appeals of the City of New York, Respondents, and JENNIE MACDONALD, Intervenor, Respondent.— Final order dismissing an order of certiorari and confirming the determination of the board of standards and appeals, city of New York, unanimously affirmed, with costs to respondent board of standards and appeals. In so far as the appeal is on the ground that a portion of the property is in a residence district and, therefore, not subject to the provisions of subdivision (f) of section 7 of the Zoning Resolution of the City of New York, the contention is not sustained because this court could modify the board's resolution so that the permit would extend only to the portion of the property lying within the business district; but inasmuch as the residence district area consists of about 9.7 square feet out of a total of 6,853 square feet, and the plans submitted to the board do not call for the erection of a nonconforming use in the residence area, the matter is not of sufficient importance to justify the modification. Appellants' other contentions are without merit. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of JOHN F. O'NEILL, Petitioner, for an Order against JOHN CASHMORE, as President of the Borough of Brooklyn, City of New York, and THE CITY OF NEW YORK, Respondents.— Proceeding, under article 78 of the Civil Practice Act, to review the determination of the president of the borough of Brooklyn adjudging the petitioner to be guilty of certain charges and dismissing him from his position as inspector in the bureau of highways and sewers. Determination unanimously confirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.